AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of the Northern Mariana Islands

JAMES WHANG dba SOUTH PACIFIC LUMBER CO. )
*Plaintiff* )
v. ) Case No.  1:21-CV-00027
IMPERIAL PACIFIC INTERNATIONAL (CNMI), LLC )
*Defendant* )

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

IMPERIAL PACIFIC INTERNATIONAL (CNMI), LLC                                                                         .

Date:    09/04/2021

*Attorney's signature*

JOEY P. SAN NICOLAS (F-0342)
*Printed name and bar number*
SAN NICOLAS LAW OFFICE, LLC
Rm. 203 2nd Flr. ICC Bldg. Gualo Rai (Middle Road)
P.O. BOX 10,001 PMB 602
SAIPAN, MP  96950

*Address*

jpsn@sannicolaslaw.net
*E-mail address*

(670) 234-7659
*Telephone number*

(670) 234-9218
*FAX number*