IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS

FILED
Clerk
District Court
OCT 14 2021
for the Northern Mariana Islands
By_____
(Deputy Clerk)

## Civil Minutes

1: 21 -cv- 000027

Date: October 14, 2021

Start Time: 2:00 pm   End Time: 2:10 pm

**JAMES WHANG -v- IMPERIAL PACIFIC INTERNATIONAL (CNMI), LLC.**

PRESENT: HON. HEATHER L KENNEDY, MAGISTRATE JUDGE PRESIDING
HEIDI DOOGAN, COURT REPORTER
FRANCINE ATALIG, COURTROOM DEPUTY
CLEMENT BERMUDES, CLERK INTERN
COLIN THOMPSON, ATTORNEY FOR PLAINTIFF
JOEY P. SAN NICOLAS, ATTORNEY FOR DEFENDANT

PROCEEDING: CASE MANAGEMENT CONFERENCE

Taken under advisement:  ◯ Yes   ◯ No   ⦿ N/A

Court accepted the standard track. Court and counsel discussed and reviewed dates and deadlines. Court added early pre-settlement and settlement conference, counsel had no objections.
---END OF MINUTES---

Next hearing date: N/A