FILED
Clerk
District Court
OCT 15 2021
for the Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS

JAMES WHANG dba SOUTH PACIFIC LUMBER COMPANY,

                Plaintiff,

vs.

IMPERIAL PACIFIC INTERNATIONAL (CNMI), LLC,

                Defendant.

Case No. 1:21-cv-00027

**ORDER RE: EXCHANGE OF SETTLEMENT STATEMENTS**

      The settlement conference in this matter is set for **December 2, 2021 at 9:00 a.m.** before the Honorable Heather L. Kennedy.

      Parties shall exchange settlement statements by November 19, 2021. Parties must also submit these statements, along with any additional information that may assist the judge during settlement discussions, by emailing them to heather_kennedy@nmid.uscourts.gov by November 19, 2021. These statements will not become part of the case file and will only be used for conducting settlement discussions in this matter. Any additional information submitted to the judge only will not be shared with the other party without consent. Statements should include: a brief outline of the facts of the case; undisputed issues and major issues in dispute; remedy sought, such as general damages, special damages and punitive damages; previous demand(s) and counteroffer(s); and any other information which may encourage settlement of this matter. Settlement statements must be no longer than 10 double spaced typewritten pages. Each party must attend the conference with an authorized representative possessing full settlement authority[1] and counsel. Parties may appear by

---

[1] In accordance with LR 16.4(b)(3)(B), each party and counsel must "attend the settlement conference, either personally or through a representative with **full authority** to participate in settlement negotiations." (emphasis added). A representative with full authority is one who has unfettered discretion to change the settlement position of the party, if appropriate — not one who is only authorized to negotiate to a certain point. The representative in attendance must be able to make an immediate decision about settlement without having to obtain permission to respond to settlement offers or consult with a person or entity not participating in the conference. A party's view of the case may change during the

videoconference as arranged with the clerk's office. If counsel or a representative with full authority is unable to appear in-person or by videoconference, the party must seek the court's permission to participate by an alternate method.

SO ORDERED this 15th day of October 2021.

                                              _____
                                              HEATHER L. KENNEDY
                                              Magistrate Judge

---

conference, and the presence of a representative with full authority will facilitate compromise and maximize the time spent by the court and the parties during settlement negotiations.