FILED
Clerk
District Court

OCT 15 2021

for the Northern Mariana Islands

By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| JAMES WHANG dba SOUTH PACIFIC LUMBER COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>IMPERIAL PACIFIC INTERNATIONAL (CNMI), LLC,<br><br>Defendant. | Civil Action No.: 1:21-cv-00027<br><br>**SCHEDULING ORDER** |

This matter came before the Court on October 14, 2021, for a Case Management Conference. Colin M. Thompson appeared on behalf of the Plaintiff. Joey P. San Nicolas appeared on behalf of Defendant. Having discussed the proposed deadlines and hearings with the parties, the Court hereby sets this matter on the standard track and issues the following dates and deadlines pursuant to Rule 16(b) of the Federal Rules of Civil Procedure:

| | | |
|---|---|---|
| 1. | Rule 26 Disclosure Deadline | October 28, 2021 |
| 2. | Joinder of Parties | Thursday, March 31, 2022 |
| 3. | Amendment of Pleadings | Tuesday, April 12, 2022 |
| 4. | (First) Settlement Conference before Magistrate Judge Heather L. Kennedy | Thursday, December 2, 2021 at 9 a.m. |
| 6. | Status Conference | Thursday, April 28, 2022 at 1:30 p.m. |
| 7. | Fact Discovery Cutoff | Monday, May 9, 2022 |
| 8. | Fact Discovery Motions Deadline | Thursday, June 9, 2022 |

1

| | | |
|---|---|---|
| 9. | Plaintiff's Expert Disclosure | Tuesday, June 21, 2022 |
| 10. | Defendant's Expert Disclosure | Tuesday, June 21, 2022 |
| 11. | Rebuttal Expert Disclosure | Wednesday, June 29, 2022 |
| 12. | Expert Discovery Motions Deadline | Tuesday, July 12, 2022 |
| 13. | (Second) Pre-settlement Telephone Conference before Magistrate Judge Heather L. Kennedy | Thursday, July 21, 2022, at 9 a.m. |
| 14. | (Second) Settlement Conference before Magistrate Judge Heather L. Kennedy | Thursday, August 18, 2022, at 9 a.m. |
| 15. | Dispositive Motions Deadline | Tuesday, August 30, 2022 |
| 16. | Dispositive Motions Hearing Date | October 6, 2022 at 9 a.m. |
| 17. | *Daubert*-type Motions Deadline | Wednesday, September 7, 2022 |
| 18. | Joint Proposed Pretrial Order Deadline | Friday, September 23, 2022 |
| 19. | Final Pretrial Conference | Thursday, October 6, 2022 at 1:30 p.m. |
| 20. | Bench Trial (5 days) | October 11, 2022 at 10 a.m. |

The parties are reminded that this Scheduling Order "may be modified only for good cause and with the judge's consent." Fed. R. Civ. P. 16(b)(4).

IT IS SO ORDERED on this 14th day of October, 2021.

_____
HEATHER L. KENNEDY
Magistrate Judge