## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN MARIANA ISLANDS

| | |
|---|---|
| **JAMES WHANG dba SOUTH PACIFIC LUMBER COMPANY,** )<br>)<br>**Plaintiff,** )<br>)<br>vs. )<br>)<br>**IMPERIAL PACIFIC INTERNATIONAL (CNMI), LLC,** )<br>)<br>**Defendant.** )<br>_____ ) | CASE NO. 1:21-CV-00027<br><br><br><br><br>DECLARATION OF SERVICE |

I hereby declare, under the penalty of perjury, that on the 9th day of March 2022 at 4:08 p.m., I personally served upon <u>Imperial Pacific International (CNMI), LLC</u> a true and correct copy of the:

- ☐ Summons and Complaint
- ☐ Order
- ☐ Order To Show Cause & Declaration of Contempt
- ☐ Verified Ex-Parte Motion for an Order to Appear and Plead and for Service by Mail
- ☐ Order to Appear and Plead
- ☐ Motion to _____
- ☒ Other: <u>Notice of Deposition to Imperial Pacific International (CNMI), LLC, Plaintiff's First Request for Admissions to Defendant Imperial Pacific International (CNMI), LLC, Plaintiff's First Request for Production of Documents to Defendant Imperial Pacific International (CNMI), LLC, and Plaintiff's First Set of Interrogatories to Defendant Imperial Pacific International (CNMI), LLC.</u>

Service was made as follows:

- ☐ By delivering it to the aforesaid person.
- ☐ By delivering it to their counsel, _____.
  who is over the age of 18 and who also resides there.
- ☒ By emailing it to their counsel, <u>Joey P. San Nicolas</u>.
- ☐ By mailing it _____, through _____.
            (type of mail)         (indicate mail carrier)

The place where said service was made:  2nd Floor, J.E. Tenorio Building
Gualo Rai, Saipan, MP 96950

Dated this 10th day of March, 2022.


<u>Joedy-Lyn O. San Nicolas</u>                                   <u>/s/ Joedy-Lyn O. San Nicolas</u>
Name of Server                                                            Signature of Server

Re: James Whang dba South Pacific Lumber Company vs. Imperial Pacific International (CNMI), LLC - Case No. 1:21-CV-00027

Joey P. San Nicolas <jpsn@sannicolaslaw.net>
Wed 09-Mar-22 4:16 PM

To: Joedy San Nicolas <joedy.cmtlaw@outlook.com>

Cc: Colin Thompson <cmtlaw@live.com>; Mae <mae.cmtlaw@outlook.com>; Dasery Babauta <dasery.cmtlaw@outlook.com>; Joey Arriola <joeyarriola67@yahoo.com>

Received. Thank you.

On Wed, Mar 9, 2022 at 4:08 PM Joedy San Nicolas <joedy.cmtlaw@outlook.com> wrote:
> Dear JP,
>
> Colin asked me to send the attached Plaintiff's First Request for Admissions to Defendant Imperial Pacific International (CNMI), LLC, Plaintiff's First Request for Production of Documents to Defendant Imperial Pacific International (CNMI), LLC, Plaintiff's First Set of Interrogatories to Defendant Imperial Pacific International (CNMI), LLC and Notice of Deposition to Imperial Pacific International (CNMI), LLC Pursuant to FR.C.P. Rule 30(b)(6) for your review and records. Please confirm receipt.
>
> If you have any questions or concerns, please feel free to contact our office.
>
>
> Best Regards,
>
> Joedy-Lyn O. San Nicolas
> Legal Assistant II
>
> Thompson Law, LLC
> J.E. Tenorio Building
> PMB 917 P.O. Box 10001
> Saipan, Mariana Islands 96950
> T 670 233 0777 | F 670 233 0776
> joedy.cmtlaw@outlook.com
>
> This electronic transmission contains information from the Thompson Law, LLC which may be confidential or protected by the attorney-client privilege or attorney work product doctrine. Please notify us immediately at the e-mail address or phone numbers provided above if you have received this communication in error. Please then delete this communication, if you are not the intended recipient and be aware that any disclosure, copying, distribution, or use of the content of this transmission, either in part or in whole, is prohibited. Thank you for your understanding.

--
**Joey P. San Nicolas**
Attorney at Law

_____

SAN NICOLAS LAW OFFICE, LLC.

2nd Floor, Island Commercial Center, Suite 203
Chalan Pale Arnold, Gualo Rai Village
P.O. Box 10,001  PMB 602
Saipan, MP 96950
Telephone: 670-234-7659 (SNLW)
Facsimile: 670-234-9218
Email: jpsn@sannicolaslaw.net
www.sannicolaslaw.net

CONFIDENTIALITY NOTICE: This may be a confidential communication that may contain sensitive or privileged information intended solely for the individual(s) to which it is addressed. Any review, retransmission, dissemination, use, or action taken upon this information by persons or entities other than the intended recipient is prohibited and may constitute a violation of statute. If you are not the intended recipient or believe you received this communication in error, please contact the sender and delete the material from your computer.