F I L E D
Clerk
District Court
MAY 10 2022
for the Northern Mariana Islands
By_____
(Deputy Clerk)

# MINUTES OF THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN MARIANA ISLANDS

1:21-cv-00027                              May 10, 2022
                                           8:35 a.m.

**JAMES WHANG -vs- IMPERIAL PACIFIC INTERNATIONAL (CNMI), LLC.**

PRESENT:  HON. HEATHER L. KENNEDY, MAGISTRATE JUDGE PRESIDING
          HEIDI DOOGAN, COURT REPORTER
          FRANCINE ATALIG, COURTROOM DEPUTY
          COLIN THOMPSON, ATTORNEY FOR PLAINTIFF
          JOEY P. SAN NICOLAS, ATTORNEY FOR DEFENDANT

PROCEEDINGS:  STATUS CONFERENCE

Parties apprised the Court that the parties discussed settlement and further apprised the Court that discovery was completed.

Parties went off the record to further discuss settlement.

                              Adjourned at 8:40 a.m.
                              /s/ Francine Atalig, Courtroom Deputy