**THOMPSON LAW, LLC**
Colin M. Thompson, F0221
PMB 917, Box 10001
J.E. Tenorio Building
Saipan, MP  96950
Telephone:  (670) 233-0777
Facsimile:    (670) 233-0776

*Attorney for Plaintiff*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| **JAMES WHANG dba SOUTH PACIFIC LUMBER COMPANY,**<br><br>Plaintiff,<br>vs.<br><br>**IMPERIAL PACIFIC INTERNATIONAL (CNMI), LLC,**<br><br>Defendant. | Case No. 1:21-CV-00027<br><br>**STIPULATION TO SUBMIT SUMMARY JUDGEMENT MOTION ON BRIEFS WITHOUT A HEARING**<br><br>Date: August 4, 2022<br>Time: 9:00 a.m.<br>Judge: Hon. Ramona V. Manglona |

**COMES NOW,** James Whang dba South Pacific Lumber Company, and Defendant Imperial Pacific International (CNMI), LLC, through their respective counsel to stipulate to submit the Motion for Summary Judgement on briefs and vacating the Motion for Summary Judgement hearing scheduled for August 4, 2022 at 9:00 a.m. pursuant to the Settlement Conference held on August 1, 2022.

Respectfully submitted 3rd day of August, 2022.

| | |
|---|---|
| */s/ Colin M. Thompson*_____<br>**THOMPSON LAW, LLC**<br>Colin M. Thompson<br>*Attorney for Plaintiff* | */s/ Joey P. San Nicolas*_____<br>**SAN NICOLAS LAW OFFICE, LLC**<br>Joey P. San Nicolas<br>*Attorney for Defendant* |

Page **1** of **1**