F I L E D
 Clerk
 District Court
NOV 18 2022
for the Northern Mariana Islands
By_____
        (Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS

JAMES WHANG DBA SOUTH PACIFIC LUMBER COMPANY,

        Plaintiff,

v.

IMPERIAL PACIFIC INTERNATIONAL (CNMI), LLC,

        Defendant.

CASE NO. 1:21-cv-00027

**ORDER RESETTING FINAL PRETRIAL CONFERENCE**

On October 4, 2022, the Court granted partial summary judgment on Plaintiff's third cause of action for breach of contract, awarding Plaintiff $267,353.00 in damages plus post-judgment interest. (ECF No. 20.) There remains two causes of action including double amount of rent due pursuant to the Commonwealth's Holdover Tenancy Act and Account Stated.[1] (Compl. 6, 8, ECF No. 1.) A bench trial is currently scheduled to commence on December 12, 2022 at 9:00 a.m., and a final pretrial conference for December 5, 2022. (First Am. Scheduling Order, ECF No. 19). The Court hereby sua sponte resets the Fed. R. Civ. P. 16(e) final pretrial conference to **Friday, December 2, 2022 at 9:00 a.m.** The parties shall file their proposed pretrial order no later than **Wednesday, November 30, 2022 at 12 noon** for discussion at the pretrial conference.

IT IS SO ORDERED this 18th day of November, 2022.

                _____
                RAMONA V. MANGLONA
                Chief Judge

---

[1] Plaintiff also asserted summary possession under the Holdover Tenancy Act (Compl. 5-6), but Defendant has since vacated the premises (Decl. Whang 2 ¶ 10, ECF No. 13-2). There was an additional unjust enrichment/quantum meruit claim argued in the alternative to the breach of contract cause of action (Compl. 7-8).