**THOMPSON LAW, LLC**
Colin M. Thompson, F0221
PMB 917, Box 10001
J.E. Tenorio Building
Saipan, MP  96950
Telephone:  (670) 233-0777
Facsimile:    (670) 233-0776

*Attorney for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| **JAMES WHANG dba SOUTH PACIFIC LUMBER COMPANY,**<br><br>Plaintiff,<br>vs.<br><br>**IMPERIAL PACIFIC INTERNATIONAL (CNMI), LLC,**<br><br>**Defendant.** | Case No. 1:21-CV-00027<br><br>**STIPULATION TO CONTINUE PRETRIAL DEALINES, PRETRIAL CONFERENCE AND BENCH TRIAL,** |

**COMES NOW,** Plaintiff, James Whang dba South Pacific Lumber Company ("SPLC"), and Defendant, Imperial Pacific International (CNMI), LLC, through their respective counsel, to stipulate for an order from the Court to continue the pretrial deadlines, pretrial conference and bench trial in this case. Currently, the proposed pretrial order is due November 30, 2022 at 12:00 p.m., Pretrial Conference is scheduled for December 2, 2022 at 9:00 a.m. and the bench trial is scheduled for December 12, 2022 at 9:00 a.m. The parties propose the following continuances:

1. Proposed Pretrial Order shall be due on or before November 30, 2022 at 5:00 p.m.;

2. Pretrial Conference shall be scheduled for December 2, 2022 at 1:30 p.m.; and

//

3. Bench Trial shall be scheduled for December 16, 2022 at 9:00 a.m. and shall be completed in one half-day.

Respectfully submitted 30th day of November, 2022.

| | |
|---|---|
| */s/ Colin M. Thompson* | */s/ Joey P. San Nicolas* |
| **THOMPSON LAW, LLC** | **SAN NICOLAS LAW OFFICE, LLC** |
| Colin M. Thompson | Joey P. San Nicolas |
| *Attorney for Plaintiff* | *Attorney for Defendant* |