F I L E D
Clerk
District Court

NOV 30 2022

for the Northern Mariana Islands
By_____
(Deputy Clerk)

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN MARIANA ISLANDS**

| | |
|---|---|
| JAMES WHANG dba SOUTH PACIFIC LUMBER COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>IMPERIAL PACIFIC INTERNATIONAL (CNMI), LLC,<br><br>Defendant. | Case No. 1:21-cv-00027<br><br>**ORDER GRANTING STIPULATION TO CONTINUE PRETRIAL DEALINES, PRETRIAL CONFERENCE, AND BENCH TRIAL** |

**FOR GOOD CAUSE SHOWN**, the Court hereby GRANTS the Stipulation to Continue Pretrial Deadlines, Pretrial Conference, and Bench Trial (ECF No. 22) and orders the following:

1. Proposed Pretrial Order shall be due on or before November 30, 2022 at 5:00 p.m.;

2. Pretrial Conference shall be scheduled for December 2, 2022 at 1:30 p.m.; and

3. Bench Trial currently scheduled for Monday, December 12, 2022 shall be scheduled for **Friday, December 16, 2022 at 9:00 a.m.** and shall be completed in one half-day.

IT IS SO ORDERED this 30th day of November, 2022.

RAMONA V. MANGLONA
Chief Judge