**THOMPSON LAW, LLC**
Colin M. Thompson, Esq.
J.E. Tenorio Building
PMB 917 Box 10001
Saipan, Mariana Islands 96950
Telephone: (670) 233-0777
Facsimile:  (670) 233-0776

*Attorney for Plaintiff*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| **JAMES WHANG dba SOUTH PACIFIC LUMBER COMPANY,**<br><br>Plaintiff,<br><br>vs.<br><br>**IMPERIAL PACIFIC INTERNATIONAL (CNMI), LLC,**<br><br>**Defendant.** | Case No. 1:21-cv-00027<br><br><br>**PLAINTIFF'S WITNESS LIST**<br><br><br>Date: December 16, 2022<br>Time: 9:00 a.m.<br>Judge: Hon. Ramona V. Manglona |

**COMES NOW**, James Whang dba South Pacific Lumber Company ("SPLC"), to submit its list of witnesses it intends call upon during the trial scheduled to begin December 16, 2022. SPLC reserves the right to amend or supplement this list.

### WITNESS LIST

1. James Whang

2. Maribel Whang

RESPECTFULLY SUBMITTED, December 2, 2022.

                                             */s/ Colin M. Thompson*
                                             **THOMPSON LAW, LLC**
                                             Colin M. Thompson