**THOMPSON LAW, LLC**
Colin M. Thompson, F0221
PMB 917, Box 10001
J.E. Tenorio Building
Saipan, MP  96950
Telephone:  (670) 233-0777
Facsimile:    (670) 233-0776

*Attorney for Plaintiff*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| **JAMES WHANG dba SOUTH PACIFIC LUMBER COMPANY,**<br><br>             **Plaintiff,**<br>     vs.<br><br>**IMPERIAL PACIFIC INTERNATIONAL (CNMI), LLC,**<br><br>             **Defendant.** | Case No. 1:21-CV-00027<br><br>**PLAINTIFF'S EXHIBIT LIST**<br><br><br>Date: December 16, 2022<br>Time: 9:00 a.m.<br>Judge: Hon. Ramona V. Manglona |

    **COMES NOW,** James Whang dba South Pacific Lumber Company ("SPLC"), to hereby submits its list of exhibits they may present upon during the Bench Trial scheduled for December 16, 2022. SPLC reserves the right to amend or supplement this list.

| Exhibit No. | Description | No. of Pages |
|---|---|---|
| 1 | Warehouse Rental executed on May 8, 2015 | 5 |
| 2 | Amended Warehouse Rental executed on April 26, 2016 | 6 |
| 3 | "3 Day Notice to Pay Rent or Quit" dated July 28, 2021 | 2 |
| 4 | Email from IPI's counsel regarding vacating premises | 1 |
| 5 | Damages Calculation with invoices | 51 |

Respectfully submitted this 2nd day of December, 2022.

                                                          */s/ Colin M. Thompson*
                                                    **THOMPSON LAW, LLC**
                                                    Colin M. Thompson
                                                    *Attorney for Plaintiff*