**SAN NICOLAS LAW OFFICE, LLC**
**Joey P. San Nicolas, Esq. (F0342)**
**2nd Floor, ICCI Bldg. (Middle Road)**
**P.O. Box 10,001 PMB 602**
**SAIPAN, MP 96950**
**670-234-7659 (SNLW)**
**jpsn@sannicolaslaw.net**

Attorney for Defendant Imperial Pacific International (CNMI), LLC

**IN THE UNITED STATES DISTRIC COURT**
**FOR THE NORTHERN MARIANA ISLANDS**

| | |
|---|---|
| JAMES WHANG, dba SOUTH PACIFIC LUMBER COMPANY,<br><br>    Plaintiff,<br><br>vs.<br><br>IMPERIAL PACIFIC INTERNATIONAL (CNMI), LLC,<br><br>    Defendant. | Civil Case No. 1:21-cv-00027<br><br>**DEFENDANT'S WITNESS LIST** |

Defendant Imperial Pacific International (CNMI), LLC ("IPI"), by and through its undersigned counsel, hereby serve this witness list on Plaintiff James Whang pursuant to the Court's Final Pretrial Order. Defendant reserves the right to call any witnesses identified in Plaintiff's Witness List. Defendant reserves the right to supplement this list to include witnesses to rebut the testimony of any witnesses subsequently disclosed by Plaintiff.

Defendant hereby identifies the following Fact Witness, whose testimony may be elicited at trial. The subject matters identified herein are stated to the best of Defendant's current ability.

| NAME | ADDRESS | EXPECTED TESTIMONY |
|---|---|---|
| How Yo Chi | Imperial Pacific International (CNMI), LLC, c/o San Nicolas Law Office, LLC | Mr. Chi may testify about Defendant's lack of access and possession of the premises during the alleged holdover tenancy. |

Respectfully submitted this 2nd day of December, 2022.

/s/ Joey P. San Nicolas
JOEY P. SAN NICOLAS (F0342)
Attorney for Defendant Imperial Pacific International (CNMI), LLC