AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Northern Mariana Islands

FILED
Clerk
District Court
AUG 29 2023
for the Northern Mariana Islands
By_____JP_____
(Deputy Clerk)

| | |
|---|---|
| JAMES WHANG DBA SOUTH PACIFIC LUMBER COMPANY )<br>*Plaintiff* )<br>v. )<br>IMPERIAL PACIFIC INTERNATIONAL (CNMI), LLC )<br>*Defendant* ) | Civil Action No. 1:21-CV-00027 |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: SPLC is awarded in the amount of $675,461 in unpaid rent from March 2020 through September 2022; $84,433.33 in interest from April 2020 through September 2022; and $6,701 in utilities. Judgment in favor of Plaintiff James Whang dba South Pacific Lumber Co. for the total amount of $766,595.33 in damages for the period from March 2020 through September 21, 2022, plus post-judgment interest at the federal rate established pursuant to 28 U.S.C. § 1961 and attorney's fees.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☑ tried by Judge Ramona V. Manglona without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for _____

Date: 08/29/2023

*CLERK OF COURT*

_____
*William Bezzant, Chief Deputy Clerk for*
*HEATHER L. KENNEDY, Clerk of Court*